**McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
  Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
  Email: mmandel@mcguirewoods.com
Truc T. Nguyen (SBN 257262)
  Email: tnguyen@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

**Schneider Wallace Cottrell Konecky LLP**
Todd M. Schneider (SBN 158253)
  Email: tschneider@schneiderwallace.com
Carolyn H. Cottrell (SBN 166977)
  Email: ccottrell@schneiderwallace.com
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff
MICHAEL SMITH, the Collective and Putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:14-CV-00327-LKK-AC<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Current response due date: April 18, 2014<br><br>New response due date: April 25, 2014 |

[PROPOSED] ORDER GRANTING THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  Pursuant to the third stipulation of Plaintiff Michael Smith ("Plaintiff") and Defendant
2  SPRINT/UNITED MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED
3  MANAGEMENT COMPANY") ("Defendant"), the Court hereby orders:
4  Defendant's time to respond to the Complaint shall be and hereby is extended by seven (7)
5  days, up to and including April 25, 2014.

7  IT IS SO ORDERED

10 DATED: April 15, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT