1  **MCGUIREWOODS LLP**
   Matthew C. Kane (SBN 171829)
2      Email: mkane@mcguirewoods.com
   Michael D. Mandel (SBN 216934)
3      Email: mmandel@mcguirewoods.com
   Truc T. Nguyen (SBN 257262)
4      Email: tnguyen@mcguirewoods.com
   1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
   Telephone: (310) 315-8200
6  Facsimile: (310) 315-8210

7  Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

8

   **SCHNEIDER WALLACE COTTRELL KONECKY LLP**
9  Todd M. Schneider (SBN 158253)
       Email: tschneider@schneiderwallace.com
10 Carolyn H. Cottrell (SBN 166977)
       Email: ccottrell@schneiderwallace.com
11 180 Montgomery Street, Suite 2000
   San Francisco, California 94104
12 Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
13
   Attorneys for Plaintiff
14 MICHAEL SMITH, the Collective and Putative Class

15

16 **UNITED STATES DISTRICT COURT**

17 **EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| MICHAEL SMITH, on behalf of himself and all others similarly situated, | CASE NO. 2:14-CV-00327-LKK-AC |
| Plaintiff, | **ORDER VACATING THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SPRINT/UNITED MANAGEMENT COMPANY, | |
| Defendant. | |

[PROPOSED] ORDER VACATING THE CASE MANAGEMENT CONFERENCE

1  Pursuant to the stipulation of Plaintiff Michael Smith ("Plaintiff") and Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED MANAGEMENT COMPANY") ("Defendant"), the Court hereby orders that the Case Management Conference currently set for May 12, 2014 at 2:00 p.m. is CONTINUED to August 11, 2014 at 1:30 p.m.

Further, the hearing on Defendant's Motion to Dismiss and/or Strike Plaintiff's Complaint (ECF No. 18) is CONTINUED to July 28, 2014 at 10:00 a.m. in Courtroom #4.

IT IS SO ORDERED.

DATED: May 9, 2014.

.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

56962593

1

[PROPOSED] ORDER VACATING THE CASE MANAGEMENT CONFERENCE