**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
  Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
  Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
  Email: jvanhook@mcguirewoods.com
Truc T. Nguyen (SBN 257262)
  Email: tnguyen@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Todd M. Schneider (SBN 158253)
  Email: tschneider@schneiderwallace.com
Carolyn H. Cottrell (SBN 166977)
  Email: ccottrell@schneiderwallace.com
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff MICHAEL SMITH and the Proposed Collective and Putative Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>  Defendant. | CASE NO. 2:14-CV-00327-LKK-AC<br><br>**ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA** |

[PROPOSED] ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA

1  Pursuant to the stipulation of Plaintiff MICHAELSMITH, on behalf of himself and
2  putatively all others similarly situated, ("Plaintiff") and Defendant SPRINT/UNITED
3  MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED MANAGEMENT
4  COMPANY") ("Defendant"), the Court hereby orders that the above-captioned action be
5  transferred to the United States District Court of the Northern District of California, with filing
6  dates preserved for the following dates for the purposes of the statute of limitations: (1) January
7  31, 2014 – the date on which the above-captioned case was filed by Plaintiff, and (2) February 7,
8  2014 and May 14 and 16, 2014 – the dates on which Plaintiffs filed their opt-in consent forms.
9  The Court also vacates Defendant's pending Motion to Dismiss and/or Strike, currently scheduled
10 for a hearing on July 28, 2014, in the above-captioned action.

IT IS SO ORDERED

DATED:  June 4, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

57513689.1                                     1

[PROPOSED] ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT OF
THE NORTHERN DISTRICT OF CALIFORNIA